Brunwasser, Appellant, *v.* Carter et al.

Argued October 9, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Allen N. Brunwasser,* appellant, in propria persona.

*Gilbert E. Morcroft,* for appellee.

OPINION PER CURIAM, November 28, 1969:
Decree affirmed. Each party to pay own costs.